394 A.2d 618

Cummins, Appellant, v. Tishman Industrial Park, Inc.

Argued June 19, 1978. David F. Binder, for appellant; C. Craven, with him E. Paul Maschmeyer, for appellee.

Judgment affirmed.

VAN der VOORT, J., dissented.

394 A.2d 618

DePaul v. Scully, Appellant.

Argued June 14, 1978. Martin A. Ostrow, for appellant; Gerald Pomerantz, for appellee.

Decree affirmed; petition for reargument denied November 6, 1978.